(August 27, 1990)

■ In the Matter of DOLORES EATON et al., Respondents, v JEANETTE GADSON et al., Respondents, and I. RONNIE HOLLY, Appellant.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on August 23, 1990, unanimously modified, on the law, so as to dismiss the petition of Dolores Eaton as untimely, and the judgment otherwise affirmed,

without costs or disbursements. No opinion. Concur—Kupferman, J. P., Asch, Kassal and Rubin, JJ.